IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Zachary Hodges, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-03799-JPB |
| | ) |
| GM LAW FIRM, LLC; CHANTEL L. | ) |
| GRANT; NATIONAL LEGAL | ) Complaint for: violations of the |
| STAFFING SUPPORT, LLC; | ) RICO Act; legal malpractice; fraud; |
| GREGORY FISHMAN; JULIE | ) breach of contract; breach of the |
| QUELER; KEVIN MASON; | ) duty of good faith and fair dealing |
| RESOLVLY, LLC; and JOHN and | ) |
| JANE DOES DEFENDANTS 1-5, | ) |
| | ) |
| Defendants. | ) |

## <u>JOINT STIPULATION OF DISMISSAL</u>

COMES NOW, Plaintiff Zachary Hodges along with Defendants GM Law Firm, LLC, Chantel L. Grant, National Legal Staffing Support, LLC, Gregory Fishman, Julie Queler, Kelvin Mason, Resolvy, LLC and John and Jane Does Defendants 1-5 (collectively, the "Parties") submit this Joint Stipulation of Dismissal.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all Parties to this action, through their undersigned respective counsel, agree and stipulate to, and hereby respectfully file, their Joint Stipulation to Dismiss With Prejudice. The

Parties have agreed that each party will bear its own attorneys' fees, expenses, and costs.

Respectfully submitted, this 7th day of January, 2021.

*/s/Macy D. Hanson*

Tyler P. Scarbrough
Georgia Bar No.
Henner & Scarbrough LLP
3379 Peachtree Road, N.E., Suite 555
Atlanta, Georgia 30326

Macy D. Hanson, *admitted Pro Hac Vice*
The Law Office of Macy D. Hanson, PLLC
The Echelon Center
102 First Choice Drive
Madison, Mississippi 39110
Telephone: (601) 853-9521
Facsimile: (601) 853-9327

*/s/Matthew B. Ames*

Matthew B. Ames
Georgia Bar No. 015898
Brooke Gram
Georgia Bar No. 810901
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3756

*Attorneys for GM Law Firm, LLC and Chantel L. Grant*

*/s/Greg Michell*

Greg Michell, Esq.
Georgia Bar No. 504053
Garrett E. Land
Georgia Bar No. 880750
Stanley, Esrey & Buckley LLP
Promenade, Suite 2400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 835-6209
Facsimile: (404) 835-6221

*Attorneys for Defendants National Legal Staffing Support, LLC, Resolvly, LLC, and Gregory Fishman*

*/s/Kevin P. Mason*

Kevin P. Mason
1900 Glades Road, Suite 270
Boca Raton, Florida 33431
Telephone: (561) 212-4161
Facsimile: (561) 544-1014

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7, 2021, a true and exact copy of the foregoing was filed with the Court using the CM/ECF system, which will automatically notify and serve all counsel of record.

Tyler P. Scarbrough
HENNER & SCARBROUGH LLP
3379 Peachtree Road, N.E.
Suite 555
Atlanta, Georgia 30326

Matthew B. Ames
Brooke Gram
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd, Suite 700
Atlanta, Georgia 30308

Greg Michell, Esq.
Stanley, Esrey & Buckley LLP
Promenade, Suite 2400
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Julie Queler
1903 N. Swinton Ave.
Delray Beach, Florida 33444

/s/ **Macy D. Hanson**

Macy D. Hanson, *admitted Pro Hac Vice*